IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 12-cv-711 |
| JORDAN J. KURSZEWSKI | ) |
| Defendants. | ) |

**CONSENT JUDGMENT**

The complaint having been filed in this action on September 27, 2012, and the plaintiff and defendant having consented to the entry of this judgment,

NOW, THEREFORE, before the taking of any testimony on the pleadings and without further adjudication of any issues of fact or law in this action, and upon consent and agreement of the parties to this judgment,

IT IS ORDERED, ADJUDGED AND DECREED that:

1. This court has jurisdiction of the subject matter of this action. The complaint states a claim upon which relief may be granted under 28 U.S.C. § 1345;

2. Defendant Jordan J. Kurszewski is an adult residing at 5541 Oakwood Ave., Stevens Point, WI 54481, within the Western District of Wisconsin;

3. The defendant hereby agrees to the entry of judgment in favor of the

United States against the defendant in the principal amount of $20,000.00, together with interest thereon at the legal rate, until paid in full;

4. The defendant is liable for repayment of said $20,000.00, together with interest, to plaintiff;

5. Subject to paragraph 6 below, defendant shall pay said $20,000.00 in monthly installments in a reasonable amount to be determined by the United States Attorney's Office, Financial Litigation Unit. Defendant may prepay the balance due or any portion thereof, at any time. Unless otherwise directed in writing, all payments shall be by check or money order and shall be sent to the following address:

>U.S. Department of Justice
>P.O. Box 70932
>Charlotte, NC 28272-0932

6. Defendant shall submit a financial statement and a copy of his most recent federal income tax return(s) to the United States, upon its request, for the government's use in determining whether there have been any changes in defendant's financial situation that would warrant changing the amount of the monthly installments. Reasonable changes can be made by the United States upon written notice to the defendant at least 30 days in advance;

7. Default occurs when a monthly payment is not received by the United States by the due date or within a grace period of 20 days after the due

date. Default also occurs if the defendant fails to provide a financial statement and a copy of his most recent federal income tax return(s) to the plaintiff within 30 days after plaintiff requests the same in writing;

8. If defendant defaults, plaintiff, in its discretion, may declare the entire balance due and may proceed to collect said balance by any means authorized by law.

Dated this 27th day of September, 2012.

_09/07/2012_
Date

/s/ Jame Voss
James Voss
Attorney for defendant
1245 Main St., Ste. 201
Stevens Point, WI 54481
(715) 343-9900


JOHN W. VAUDREUIL
United States Attorney

By:

_09/27/12_
Date

/s/ Richard D. Humphrey
RICHARD D. HUMPHREY
Assistant United States Attorney
660 W. Washington Avenue, Suite 303
Madison, WI 53703
608/264-5158
richard.humphrey@usdoj.gov

3

Approved as to from this *1st* day of *October*, 2012.

*Barbara B. Crabb*
BARBARA. B. CRABB U.S. DISTRICT JUDGE

Judgment entered this *4TH* day of *OCTOBER*, 2012

*L. Jensen, Deputy Clerk*
PETER OPPENEER, CLERK